No. 27, Orig.   OHIO *v.* KENTUCKY; and

No. 81, Orig.   KENTUCKY *v.* INDIANA ET AL.   Motion of Dorothy Cole et al. for leave to intervene referred to the Special Master.   [For earlier orders herein, see, *e. g.,* 445 U. S. 939 and 941.]

No. 65, Orig.   TEXAS *v.* NEW MEXICO.   It is ordered that the order heretofore entered on November 11, 1975, which appeared in 423 U. S. 942, is amended to read as follows: It is ordered that the Honorable Jean Sala Breitenstein, Senior Judge for the United States Court of Appeals for the Tenth Circuit, be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for.   The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses.   The allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court.

The motion of the United States for leave to intervene is referred to the Special Master.   [For earlier decision herein, see, *e. g.,* 446 U. S. 540.]

No. 80–702.   UNITED STATES *v.* NEW MEXICO ET AL. C. A. 10th Cir.   [Certiorari granted, 450 U. S. 909.]   Motion of the Solicitor General to permit George W. Jones, Esquire, to present oral argument *pro hac vice* granted.